**FILED**

MAY 1 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MACE BARCLAY,<br><br>                                 Petitioner,<br><br>     v.<br><br>ANA M. RAMIREZ-PALMER,<br><br>                                 Respondent. | CIV S-01-1596 LKK GGH P<br><br>**PROPOSED ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an extension of time to file the answer to the petition for writ of habeas corpus is granted. Respondent's answer shall be filed on or before June 10, 2005.

Dated: May 17, 2005

GREGORY G. HOLLOWS

_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

10167602.wpd

Proposed Order