1
2
3
4
5
6
7
8
9
10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE EASTERN DISTRICT OF CALIFORNIA
12
13   **JEFFREY MACE BARCLAY,**            CIV S-01-1596 LKK GGH P
                                Petitioner,
14
         v.
15
     **ANA M. RAMIREZ-PALMER,**
16
                                Respondent.
17
18                        **PROPOSED ORDER**
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY MACE BARCLAY,** | CIV S-01-1596 LKK GGH P |
| Petitioner, | **PROPOSED ORDER** |
| v. | |
| **ANA M. RAMIREZ-PALMER,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an extension of time to file the answer to the petition for writ of habeas corpus is granted. Respondent's answer shall be filed on or before July 8, 2005.

Dated: 6/22/05

/s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

barc1596.eot06

Proposed Order