IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MACE BARCLAY,

          Petitioner,                  No. CIV S-01-1596 LKK GGH P

    vs.

ANA M. RAMIREZ-PALMER, et al.,

          Respondents.         ORDER

_____/

         Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On September 14, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1                Accordingly, IT IS HEREBY ORDERED that:

2                1.  The findings and recommendations filed September 14, 2005, are adopted in

3  full; and

4                2.  Petitioner's application for a writ of habeas corpus is denied.

5  DATED:  January 10, 2006.

6

7                                /s/Lawrence K. Karlton
                                UNITED STATES DISTRICT JUDGE

8  /barc1596.805

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26